IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC., | CASE NO. 5:13-cv-02204 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLINGTON TECHNOLOGIES, INC., | |
| Defendant(s). | |

Having reviewed the Plaintiff's Case Management Statement (see Docket Item No. 11), the court orders as follows on certain issues presented therein:

1. Although it has doubts about whether discovery directed toward a non-participating party is likely to be productive, the court will allow Plaintiff a short period of time in which to attempt the discovery referenced in its Case Management Statement. Accordingly, the deadline to complete any discovery "needed to ascertain if Defendants are a going concern and whether other parties should be added to the suit" is **January 31, 2014.**

2. Immediately after expiration of this limited discovery period, Plaintiff must then decide whether to amend the complaint to substitute or add parties, proceed to default judgment against the present defendant, or dismiss this action. The court will not allow this case to remain open in its current state after January 31, 2014, and will

1

CASE NO. 5:13-cv-02204 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

address this matter further, if necessary, at the continued Case Management Conference scheduled below.

As to setting further deadlines, the court agrees with Plaintiff that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for November 22, 2013, is CONTINUED to **February 14, 2014, at 10:00 a.m.** The parties shall file a Joint Case Management Statement, or a separate statement as appropriate, on or before **February 7, 2014.**

**IT IS SO ORDERED.**

Dated: November 19, 2013

EDWARD J. DAVILA
United States District Judge