IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC., | CASE NO. 5:13-cv-02204 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLINGTON TECHNOLOGIES, INC., | |
| Defendant(s). | |

Having reviewed Plaintiff's updated Case Management Statement (see Docket Item No. 13), the court orders as follows:

1. Since it is Plaintiff's intention to file an amended complaint naming additional defendants, Plaintiff shall do so on or before **February 21, 2014.** Considering the court continued the last Case Management Conference in order to allow Plaintiff to accomplish this task, no requests to extend this deadline will be considered and should not be filed.

2. Service of the amended complaint on any newly-added parties shall be accomplished on or before **March 10, 2014.**

3. Should Plaintiff instead choose to proceed on the current version of its complaint, it shall move to enter Defendant's default on or before **February 21, 2014.**

In light of the orders detailed above, the Case Management Conference scheduled for February 14, 2014, is CONTINUED to **April 25, 2014, at 10:00 a.m.** The parties shall file a Joint

1

CASE NO. 5:13-cv-02204 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Case Management Statement on or before **April 18, 2014.**

**IT IS SO ORDERED.**

Dated:  February 11, 2014

_____
EDWARD J. DAVILA
United States District Judge

2

CASE NO. 5:13-cv-02204 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE