1  Nick Heimlich (SBN 233232)
   Law Offices of Nicholas D. Heimlich
2  900 Lafayette Street, Suite 509
   Santa Clara, CA 95050
3  Tel: (408) 457-9364
   Fax: (408) 841-7630
4  Email: nick@nickheimlichlaw.com

5  Attorney for Plaintiff,
   ALLEGRO CONSULTANTS, INC.

6  Nathan Benjamin (State Bar No. 197859)
   Law Offices of Nathan Benjamin
7  340 Soquel Avenue, Suite 205
   Santa Cruz, CA 95062
8  Tel: (831) 600-8405
   Fax: (831) 713-5677
9  Email: Nathan@NathanBenjaminLaw.com

10 Eric K. Grinnell (Ohio State Bar No. 0089393 – *Appearing Pro Hac Vice*)
   Smith Marshall LLP
11 815 Superior Ave., East, Suite 1425
   Cleveland, OH 44114
12 Tel: (216) 781-4994
   Fax: (216) 781-9448
13 Email: ekg@smithmarshall.com

14 Attorneys for Defendant,
   JOSEPH J. JASKO

15                UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 

| ALLEGRO CONSULTANTS, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLINGTON TECHNOLOGIES, INC., an Ohio Corporation, ED | Case No. 5:13-cv-02204<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CHANGE MOTION HEARING DATE AND PROPOSED ORDER** |
|---|---|

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CHANGE MOTION HEARING DATE AND PROPOSED ORDER**

1  GRIGLAK, an individual, JOSPEH J.
2  JASKO, an individual AND DOES 1-
3  100, INCLUSIVE;
4         Defendants.
5
6
7    Now come Plaintiff Allegro Consultants, Inc. ("Allegro" or "Plaintiff") and Defendant
8  Joseph J. Jasko ("Jasko") through their attorneys, and hereby stipulate to both continuing the
9  Case Management Conference that is currently scheduled for November 6, 2014 at 1:30 pm, and
10 moving up the Motion Hearing that is currently scheduled for March 26, 2015 at 9:00 am.  If it is
11 in the best interests of the court, Plaintiff and Jasko are agreeable to having both the Case
12 Management Conference and the Motion Hearing on the same date.
13    Defendant Jasko currently has a 12(b)(6) Motion to Dismiss before the court.  Plaintiff's
14 Response to Jasko's 12(b)(6) Motion is due on November 6, 2014, and Jasko's Reply is due on
15 November 13, 2014.  Thus, it would be in the best interests of all parties, and the court, to delay
16 the Case Management Conference until the briefing schedule is completed, and the 12(b)(6)
17 Motion has been ruled upon.
18    Accordingly, Plaintiff and Defendant Jasko respectfully request that the Case
19 Management Conference be continued, and the Motion Hearing date moved up, to a time
20 convenient to the court in the next four to six weeks.
21
    Dated: November 4, 2014                    /s/ Nathan Benjamin__ ___
22                                              Nathan Benjamin
                                                Attorney for Defendant Joseph Jasko
23
24    2/4   **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CHANGE MOTION HEARING DATE AND PROPOSED ORDER**

| | |
|---|---|
| Dated: November 4, 2014 | /s/ Eric K. Grinnell<br>Eric K. Grinnell<br>Attorney for Defendant Joseph Jasko |
| Dated: November 4, 2014 | /s/ Nick Heimlich<br>Nick Heimlich<br>Attorney for Plaintiff |

3/4  **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CHANGE MOTION HEARING DATE AND PROPOSED ORDER**

1        **[PROPOSED] ORDER**

2    The Court hereby finds good cause and orders that the Case Management Conference be

3    continued to _____, _____ at _____, and that the Motion Hearing date be

4    changed to _____, _____ at _____.

5    **IT IS SO ORDERED.**

7    Dated: _____, 2014.

8                                                              BETH LABSON FREEMAN
                                                               United States District Judge

24    4/4   **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO CHANGE MOTION HEARING DATE AND PROPOSED ORDER**