UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALLEGRO CONSULTANTS, INC., Plaintiff, v. WELLINGTON TECHNOLOGIES, INC., et al., Defendants. | Case No. 13-cv-02204-BLF<br>**CASE MANAGEMENT ORDER** |
|---|---|

On 02/19/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 05/07/2015 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT Plaintiff's Motion for Default to be filed by
6   03/15/2015.
7   IT IS FURTHER ORDERED THAT Counsel may appear at CMC set for 05/07/2015
8   without further order of the court.

10  Dated:  02/19/2015

    _____
    BETH LABSON FREEMAN
    United States District Judge