UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALLEGRO CONSULTANTS, INC., | Case No. 13-cv-02204-BLF |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| WELLINGTON TECHNOLOGIES, INC., et al., | |
| Defendants. | |

On 05/07/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Statement | 07/16/2015 |
| Further Case Management Conference | 07/23/2015 |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1       IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3       IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5       IT IS FURTHER ORDERED THAT the Parties are referred to ADR for Mediation.
6       IT IS FURTHER ORDERED THAT the Parties are to meet, confer and submit a stipulated
7  discovery plain and schedule to trial within their Case Management Statement.
8
9  Dated:  May 07, 2015

   _____
   BETH LABSON FREEMAN
   United States District Judge