UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALLEGRO CONSULTANTS, INC., | Case No. 13-cv-02204-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| WELLINGTON TECHNOLOGIES, INC., et al., | |
| Defendants. | |

On 07/23/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | Parties to Stipulate |
| Last Day to Disclose Experts | Parties to Stipulate |
| Fact Discovery Cut-Off | Parties to Stipulate |
| Expert Discovery Cut-Off | Parties to Stipulate |
| Last Day to Hear Dispositive Motions | 08/11/2016 at 9:00am |
| Final Pretrial Conference | 10/27/2016 at 1:30 pm |
| Trial | 11/14/2016 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Parties are Referred to ADR to be completed
6   within 90 days of this order.
7   IT IS FURTHER ORDERED THAT the Parties are to meet, confer, and file a stipulated
8   proposed schedule regarding dates and deadlines to trial by 08/07/2015.
9   Dated:  07/23/2015

_____
BETH LABSON FREEMAN
United States District Judge