Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
900 Lafayette Street, Suite 509
Santa Clara, CA 95050
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff,
ALLEGRO CONSULTANTS, INC.

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC., A CALIFORNIA CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLINGTON TECHNOLOGIES, INC., an Ohio Corporation, Ed Griglak, an individual, AND DOES 1-100, INCLUSIVE;<br><br>        Defendants. | Case No. 5:13-cv-02204-BLF<br><br>**PLAINTIFF CASE TIME DEADLINES-AMENDED**<br><br>**IN RESPONSE TO HEARING ON THESE ITEMS ON:**<br>**DATE: 07/23/2015**<br>**TIME: 1:30 PM**<br>**HON. JUDGE: BETH LABSON FREEMAN**<br><br>**LOCATION: SAN JOSE COURTHOUSE, 280 SOUTH 1ST STREET, SAN JOSE, CA 95113**<br><br>**COURTROOM 3, 5TH FLOOR** |

**PLAINTIFF CASE TIME DEADLINES-AMENDED**

Mr. Griglak consented to these dates and said he would have more coming. It was unclear if he was referring to more dates, but I advised Mr. Griglak that if he has any issues or more dates to propose he should file that with the Court.

Per the Court's Hearing on 07/23/2015, Plaintiff proposes the following dates,

05/11/2016 Last Day to Amend Pleadings

07/11/16 All Factual Discovery Completed

1. 12/11/2015 Request a Mid-Litigation Status Conference
2. 06/10/2016 Expert Witness Disclosure, with Written Report
3. 06/30/2016-Supplemental Expert Witness Disclosure with Written Report
4. 07/15/2016-Complete All Expert Discovery

Dated: 08/10/2015

    Respectfully submitted,

    /s/ /Nick Heimlich/
Nick Heimlich
Attorney for Plaintiff
ALLEGRO CONSULTANTS, INC.

Dated: 08/10/2015

    Respectfully submitted,

    /s/ /Ed Griglak/
Ed Griglak
Defendant