**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.  13-cv-02204-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT WITHIN SIXTY DAYS** |

The only defendant remaining in this action, Wellington Technologies, Inc., has not appeared.  A Clerk's entry of default was issued as to Wellington on June 10, 2015.  Plaintiff shall file a motion for default judgment against Wellington on or before December 18, 2015.

**IT IS SO ORDERED.**

Dated:  October 19, 2015

_____

BETH LABSON FREEMAN
United States District Judge