# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WELLINGTON TECHNOLOGIES, INC., <br><br> Defendant. | Case No.  13-cv-02204-BLF <br><br> **ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING** <br><br> [Re: ECF 111] |

The Motion for Default Judgment that was set for hearing on April 14, 2016 is hereby SUBMITTED without oral argument; the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: April 11, 2016

_____
BETH LABSON FREEMAN
United States District Judge