Nick Heimlich (SBN 233232)
Law Offices of Nicholas D. Heimlich
5595 Winfield Blvd. Suite 110
San Jose, CA 95123
Tel: (408) 457-9364
Fax: (408) 841-7630
Eml: nick@nickheimlichlaw.com

Attorneys for Plaintiff
ALLEGRO CONSULTANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALLEGRO CONSULTANTS, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>WELLINGTON TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 5:13-cv-02204-BLF<br><br>[PROPOSED] JUDGMENT |

This action already had a Motion for Default Judgment granted by this Court on April 25, 2016 by Honorable Beth Labson Freeman, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Judgment is entered in favor of Plaintiff, Allegro Consultants, Inc. for **$749,399.59** against Defendant, Wellington Technologies, Inc., representing $604,728.10 in unpaid principle balance, $130,865.35 in contractual interest, and $13,806.14 in prejudgment interest at the Ohio state allowed rate of interest.

Plaintiff waived its costs, so no costs are awarded to any side thru the date of Judgment.

Dated: _____, 2016

_____
Judge Beth Labson Freeman

[PROPOSED] DEFAULT JUDGMENT – 1/1